

# IN THE
## TENTH COURT OF APPEALS

---

## No. 10-20-00274-CR

## IN RE CHARLES W. HOLMES

---

### Original Proceeding

---

## MEMORANDUM OPINION

---

Relator's pro se petition for writ of mandamus is denied.


JOHN E. NEILL
Justice


Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Petition denied
Opinion delivered and filed October 28, 2020
Do not publish
[OT06]

